Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 18−10107−RG
                        Chapter: 13
                        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Angela L Russell
   1205 A Liberty Avenue
   Hillside, NJ 07205

Social Security No.:
   xxx−xx−9087

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:     2/27/18
Time:    10:00 AM
Location:  Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Michelle Labayen
Debtor's Attorney

COMMISSION OR FEES
$2,000.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: February 2, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-10107-RG
Angela L Russell                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2              Date Rcvd: Feb 02, 2018
                               Form ID: 137             Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2018.
```
db             +Angela L Russell,    1205 A Liberty Avenue,    Hillside, NJ 07205-2050
517259818      +Alpha Recovery Corp,    6912 S Quentin St. Unit 10,    Englewood, CO 80112-4531
517259819      +As we change,   Po Box 2865,    Monroe, WI 53566-8065
517259820     #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
517259822      +Capital One,   Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517259823      +Citibank North America/Best Buy,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517259824      +Comcast,    PO Box 1577,    Newark, NJ 07101-1577
517259825      +Comenity Bank,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517259826      +Comenity Bank/Express,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517259827      +Comenity Bank/Jessica London,    Po Box 182125,    Columbus, OH 43218-2125
517259829      +Comenity Bank/Lane Bryant,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517259830      +Comenity Bank/Torrid,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517259828      +Comenity Bank/kingsi,    Po Box 182125,    Columbus, OH 43218-2125
517259831      +Comenitybank/New York,    AttN: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517259832      +Comenitybank/venus,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
517259833      +Comenitycapital/smplyb,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
517259834      +Costco Go Anywhere Citicard,    Centralized Bk/Citicorp Credit Card Srvs,    Po Box 790040,
                 St Louis, MO 63179-0040
517305422       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
517259836      +Dsnb Bloomingdales,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517259837      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
517259839      +Masseys,    Po Box 2822,    Monroe, WI 53566-8022
517259840      +New Jersey American Water,    PO Box 371476,    Pittsburgh, PA 15250-7476
517259841      +New Jersey Gross Income Tax,    P.O Box 046,    Trenton, NJ 08646-0046
517259844      +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
517259843      +Prosper Funding LLC,    221 Main St #300,    San Francisco, CA 94105-1909
517259857     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Co,     Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
517272632      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517259858      +Univeristy Hospital,    Po Box 3009,    Newark, NJ 07103-0009
517259859      +Velocity Investment,    P.O. Box 788,    Belmar, NJ 07719-0788
517259860      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 02 2018 22:24:43     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 02 2018 22:24:41     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517259821      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 02 2018 22:24:57
                 Bayview Loan Servicing,    4425 Ponce de Leon Blvd,    5th floor,    Miami, FL 33146-1837
517259835      +E-mail/PDF: creditonebknotifications@resurgent.com Feb 02 2018 22:26:20     Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
517259838      +E-mail/Text: cio.bncmail@irs.gov Feb 02 2018 22:24:28     Internal Revenue Service,
                 P.O. Box 804527,    Cincinnati, OH 45280-4527
517307396      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 02 2018 22:24:40     MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN MI 48090-2011
517259842      +E-mail/Text: bnc@nordstrom.com Feb 02 2018 22:24:26     Nordstrom FSB,
                 Attn: Bankruptcy Department,    Po Box 6555,    Englewood, CO 80155-6555
517259845      +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 22:26:26     Syncb Bank/American Eagle,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517259847      +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 22:26:26     Syncb/Lord & Taylor,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517259848      +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 22:26:36     Syncb/PLCC BP,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517259849      +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 22:26:18     Syncb/Toys R Us,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517259846      +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 22:26:26     Syncb/ccsycc,    Po Box 96060,
                 Orlando, FL 32896-0001
517262187      +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 22:26:18     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517259850      +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 22:26:18     Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517259851      +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 22:26:26     Synchrony Bank/Amazon,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517259852      +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 22:26:26     Synchrony Bank/Belk,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517259853      +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 22:26:36     Synchrony Bank/Care Credit,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Feb 02, 2018
                              Form ID: 137             Total Noticed: 51

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517259854      +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 22:26:26      Synchrony Bank/Gap,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517259855      +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 22:26:26      Synchrony Bank/TJX,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517259856      +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 22:26:26      Synchrony Bank/Walmart,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517259861      +E-mail/Text: bnc-bluestem@quantum3group.com Feb 02 2018 22:25:06      Webbank/Gettington,
                215 S State St,    Ste 1000,    Salt Lake City, UT 84111-2336
                                                                                            TOTAL: 21

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michelle Labayen    on behalf of Debtor Angela L Russell njchapter7@gmail.com,
               benitezgiovanna@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```