Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−10107−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Angela L Russell
   1205 A Liberty Avenue
   Hillside, NJ 07205

Social Security No.:
   xxx−xx−9087

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 1/3/18 and a confirmation hearing on such Plan has been scheduled for 2/21/18.

The debtor filed a Modified Plan on 2/20/18 and a confirmation hearing on the Modified Plan is scheduled for 3/21/18. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: February 21, 2018
JAN: smz

   Jeanne Naughton
   Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-10107-RG
Angela L Russell                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Feb 21, 2018
                              Form ID: 186             Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2018.
```
db             +Angela L Russell,    1205 A Liberty Avenue,    Hillside, NJ 07205-2050
517259818      +Alpha Recovery Corp,    6912 S Quentin St. Unit 10,    Englewood, CO 80112-4531
517259819      +As we change,    Po Box 2865,    Monroe, WI 53566-8065
517259820     #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
517259822      +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517259823      +Citibank North America/Best Buy,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517259824      +Comcast,    PO Box 1577,    Newark, NJ 07101-1577
517259825      +Comenity Bank,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517259826      +Comenity Bank/Express,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517259827      +Comenity Bank/Jessica London,    Po Box 182125,    Columbus, OH 43218-2125
517259829      +Comenity Bank/Lane Bryant,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517259830      +Comenity Bank/Torrid,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517259828      +Comenity Bank/kingsi,    Po Box 182125,    Columbus, OH 43218-2125
517259831      +Comenitybank/New York,    AttN: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517259832      +Comenitybank/venus,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
517259833      +Comenitycapital/smplyb,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
517259834      +Costco Go Anywhere Citicard,    Centralized Bk/Citicorp Credit Card Srvs,    Po Box 790040,
                 St Louis, MO 63179-0040
517305422       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
517259836      +Dsnb Bloomingdales,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517259837      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
517318133      +Massey's,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
517259839      +Masseys,    Po Box 2822,    Monroe, WI 53566-8022
517259840      +New Jersey American Water,    PO Box 371476,    Pittsburgh, PA 15250-7476
517259841      +New Jersey Gross Income Tax,    P.O Box 046,    Trenton, NJ 08646-0046
517259844      +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
517259843      +Prosper Funding LLC,    221 Main St #300,    San Francisco, CA 94105-1909
517259857     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
517272632      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517335708      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517259858      +Univeristy Hospital,    Po Box 3009,    Newark, NJ 07103-0009
517259859      +Velocity Investment,    P.O. Box 788,    Belmar, NJ 07719-0788
517259860      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 21 2018 23:34:31      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 21 2018 23:34:29      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517259821      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 21 2018 23:34:54
                 Bayview Loan Servicing,    4425 Ponce de Leon Blvd,    5th floor,    Miami, FL 33146-1837
517259835      +E-mail/PDF: creditonebknotifications@resurgent.com Feb 21 2018 23:39:25      Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
517259838      +E-mail/Text: cio.bncmail@irs.gov Feb 21 2018 23:34:02      Internal Revenue Service,
                 P.O. Box 804527,    Cincinnati, OH 45280-4527
517307396      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 21 2018 23:34:28      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN MI 48090-2011
517259842      +E-mail/Text: bnc@nordstrom.com Feb 21 2018 23:33:53      Nordstrom FSB,
                 Attn: Bankruptcy Department,    Po Box 6555,    Englewood, CO 80155-6555
517319667      +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 21 2018 23:34:43      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517259845      +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:39:19      Syncb Bank/American Eagle,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517259847      +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:38:57      Syncb/Lord & Taylor,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517259848      +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:39:19      Syncb/PLCC BP,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517259849      +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:39:19      Syncb/Toys R Us,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517259846      +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:39:19      Syncb/ccsycc,    Po Box 96060,
                 Orlando, FL 32896-0001
517262187      +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:39:19      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517259850      +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:38:57      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517259851      +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:39:40      Synchrony Bank/Amazon,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
```

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: Feb 21, 2018
                              Form ID: 186               Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517259852        +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:39:19      Synchrony Bank/Belk,
                  Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
517259853        +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:38:57      Synchrony Bank/Care Credit,
                  Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
517259854        +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:38:57      Synchrony Bank/Gap,
                  Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
517259855        +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:39:19      Synchrony Bank/TJX,
                  Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
517259856        +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 23:39:41      Synchrony Bank/Walmart,
                  Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
517259861        +E-mail/Text: bnc-bluestem@quantum3group.com Feb 21 2018 23:35:05       Webbank/Gettington,
                  215 S State St,    Ste 1000,    Salt Lake City, UT 84111-2336
                                                                                               TOTAL: 22

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michelle Labayen    on behalf of Debtor Angela L Russell njchapter7@gmail.com,
               benitezgiovanna@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```