| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Michelle Labayen<br>Law Office of Michelle Labayen PC<br>24 Commerce Street<br>Suite 530<br>Newark, NJ 07102<br>973-622-1584 | Order Filed on March 9, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Chapter 13 |
| In Re:<br>Angela Russell | Case No.: 18-10107<br>Judge: Hon. Rosemary Gambardella |

ORDER FOR ALLOWANCE OF PRECONFIRMATION ATTORNEY FEES FOR SERVICES RENDERED PURSUANT TO 11 U.S.C 503(B)

The relief set forth on the following pages numbered (2) through two (2) is hereby

ORDERED

**DATED: March 9, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtors; Angela Russell
Case No. 18-10107
Caption: Order for Allowance of Pre-confirmation attorney's fees for services rendered Pursuant to 11 U.S.C 503(b)

---

**THIS MATTER**, being opened to the Court by Michelle Labayen Esq, attorney for the debtor, Angela Russell for an Order for an Allowance of Fees to the debtor's attorney and the Court having considered the Affidavit of Services and Application for Allowance and for good cause otherwise appearing:

**ORDERED** that the attorney for the debtor is hereby allowed the sum of $4000 as her fee of which $2000 has already been received by said attorney and of which the balance of $2000 shall be paid to said attorney through the debtor's plan and it is further

**ORDERED** that the monthly payments to the Chapter 13 Trustee shall not be increased based on this Order and it is further

**ORDERED**, that should this case terminate due to dismissal, Marie Ann Greenberg, Chapter 13 Trustee shall pay this amount to the movant before monies are released to the debtor.