Last revised: August 1, 2017

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE:    Angela L Russell

Case No.:    18-10107

Judge:    Gambardella

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☐ Motions Included

☐ Modified/Notice Required
☑ Modified/No Notice Required

Date:    3/8/2018

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**
You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  ml        Initial Debtor:  ALR        Initial Co-Debtor  _____

### Part 1: Payment and Length of Plan

a. The debtor shall pay  250.00 Monthly  to the Chapter 13 Trustee, starting on  February 2018  for approximately 60 months.

b. The debtor shall make plan payments to the Trustee from the following sources:

1

☑ Future Earnings
☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☑ Loan modification with respect to mortgage encumbering property:
Description: 1205 A Liberty Avenue Hillside NJ 07205
Proposed date for completion: July 2018

d. ☑ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection    X NONE

a. Adequate protection payments will be made in the amount of $___ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ___ (creditor).

b. Adequate protection payments will be made in the amount of $___ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ___ (creditor).

## Part 3: Priority Claims (including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Internal Revenue Service | Taxes and certain other debts | 0.00 |
| New Jersey Gross Income Tax | Taxes and certain other debts | 0.00 |
| Michelle Labayen | attorneys fee | 2000 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Bayview Loan Servicing | 1205 A Liberty Avenue Hillside, NJ 07025 | $11,303.22 | 0 | 0 | $1251.85 |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

### c. Secured claims excluded from 11 U.S.C. 506: ☐ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| Toyota Lexus | 2007 ES E350 Sedan | 0 | | |

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☑ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

3

**e. Surrender** ☑ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Creditor
Bayview Loan Servicing
Toyota Motor Credit Co

**g. Secured Claims to be Paid in Full Through the Plan** ☑ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

**Part 5: Unsecured Claims**   X **NONE**

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐   Not less than $____ to be distributed *pro rata*

☐   Not less than ___ percent

☑   *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

**Part 6: Executory Contracts and Unexpired Leases**   **NONE**

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| Toyota Lexus | $3219.29 | Lease | assume and to pay before end of lease period | $644.00 |

## Part 7 - Motions    X NONE

NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. *A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.

a. Motion to Avoid Liens under 11 U.S.C. Section 522(f). ☑ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|

b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured. ☑ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|

c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured. ☑ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|

## Part 8 - Other Plan Provisions

a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
   1) Ch. 13 Standing Trustee Commissions
   2) Other Administrative Claims

5

3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) General Unsecured Claims

### d. Post-Petition Claims

The Standing Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: _____

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| allow for arrears of toyota lease | |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☑ No

## Part 10: Non-Standard Provision(s) - Signatures Required

Non-Standard Provisions Requiring Separate Signatures
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date    March 8, 2018        _____
                              Michelle Labayen
                              Attorney for the Debtor

Date:   March 8, 2018        _____
                              Angela L Russell
                              Debtor

Date:                        _____
                              Joint Debtor

## Signatures

The Debtor(s) and the attorney for the Debtor(s) if any, must sign this Plan.

Date    March 8, 2018        _____
                              Michelle Labayen
                              Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date:   March 8, 2018        _____
                              Angela L Russell
                              Debtor

Date:                        _____

6

```
                        United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                              Case No. 18-10107-RG
Angela L Russell                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2                  Date Rcvd: Mar 12, 2018
                               Form ID: pdf901          Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2018.
```
db             +Angela L Russell,   1205 A Liberty Avenue,    Hillside, NJ 07205-2050
517259818      +Alpha Recovery Corp,   6912 S Quentin St. Unit 10,    Englewood, CO 80112-4531
517259819      +As we change,   Po Box 2865,   Monroe, WI 53566-8065
517259820     #+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
517259822      +Capital One,   Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517259823      +Citibank North America/Best Buy,   Citicorp Credit Srvs/Centralized Bankrup,   Po Box 790040,
                 Saint Louis, MO 63179-0040
517259824      +Comcast,   PO Box 1577,   Newark, NJ 07101-1577
517259825      +Comenity Bank,   Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
517259826      +Comenity Bank/Express,   Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
517259827      +Comenity Bank/Jessica London,   Po Box 182125,   Columbus, OH 43218-2125
517259829      +Comenity Bank/Lane Bryant,   Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
517259830      +Comenity Bank/Torrid,   Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
517259828      +Comenity Bank/kingsi,   Po Box 182125,   Columbus, OH 43218-2125
517259831      +Comenitybank/New York,   AttN: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
517259832      +Comenitybank/venus,   Comenity Bank,   Po Box 182125,   Columbus, OH 43218-2125
517259833      +Comenitycapital/smplyb,   Comenity Bank,   Po Box 182125,   Columbus, OH 43218-2125
517259834      +Costco Go Anywhere Citicard,   Centralized Bk/Citicorp Credit Card Srvs,   Po Box 790040,
                 St Louis, MO 63179-0040
517366740      +Department Stores National Bank,   Citibank, N.A.,   701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
517305422       Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA  98083-0657
517259836      +Dsnb Bloomingdales,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
517259837      +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
517318133      +Massey's,   c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
517259839      +Masseys,   Po Box 2822,   Monroe, WI 53566-8022
517259840      +New Jersey American Water,   PO Box 371476,   Pittsburgh, PA 15250-7476
517259841      +New Jersey Gross Income Tax,   P.O Box 046,   Trenton, NJ 08646-0046
517259844      +PSE&G,   PO Box 14444,   New Brunswick, NJ 08906-4444
517259843      +Prosper Funding LLC,   221 Main St #300,   San Francisco, CA 94105-1909
517259857     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,   Po Box 8026,
                 Cedar Rapids, IA 52408)
517272632      +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                 Addison, Texas 75001-9013
517335708      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
517259858      +Univeristy Hospital,   Po Box 3009,   Newark, NJ 07103-0009
517259859      +Velocity Investment,   P.O. Box 788,   Belmar, NJ 07719-0788
517259860      +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 12 2018 23:59:43     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 12 2018 23:59:40     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517259821      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 13 2018 00:00:06
                 Bayview Loan Servicing,   4425 Ponce de Leon Blvd,   5th floor,   Miami, FL 33146-1837
517259835      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 13 2018 00:03:54     Credit One Bank Na,
                 Po Box 98873,   Las Vegas, NV 89193-8873
517259838      +E-mail/Text: cio.bncmail@irs.gov Mar 12 2018 23:59:15     Internal Revenue Service,
                 P.O. Box 804527,   Cincinnati, OH 45280-4527
517382057       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 13 2018 00:03:34
                 LVNV Funding, LLC its successors and assigns as,   assignee of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517307396      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 12 2018 23:59:40     MIDLAND FUNDING LLC,
                 PO BOX 2011,   WARREN MI 48090-2011
517259842      +E-mail/Text: bnc@nordstrom.com Mar 12 2018 23:59:11     Nordstrom FSB,
                 Attn: Bankruptcy Department,   Po Box 6555,   Englewood, CO 80155-6555
517319667      +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 12 2018 23:59:53     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517375424       E-mail/Text: bnc-quantum@quantum3group.com Mar 12 2018 23:59:33
                 Quantum3 Group LLC as agent for,   Velocity Investments LLC,   PO Box 788,
                 Kirkland, WA  98083-0788
517375327       E-mail/Text: bnc-quantum@quantum3group.com Mar 12 2018 23:59:33
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
517370114       E-mail/Text: bnc-quantum@quantum3group.com Mar 12 2018 23:59:33
                 Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,
                 Kirkland, WA  98083-0788
517375325       E-mail/Text: bnc-quantum@quantum3group.com Mar 12 2018 23:59:33
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
```

```
District/off: 0312-2          User: admin              Page 2 of 2               Date Rcvd: Mar 12, 2018
                              Form ID: pdf901          Total Noticed: 60

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517259845      +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 00:04:03      Syncb Bank/American Eagle,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517259847      +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 00:03:25      Syncb/Lord & Taylor,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517259848      +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 00:03:25      Syncb/PLCC BP,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517259849      +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 00:04:04      Syncb/Toys R Us,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517259846      +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 00:03:25      Syncb/ccsycc,    Po Box 96060,
                 Orlando, FL 32896-0001
517262187      +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 00:03:25      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517259850      +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 00:04:04      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517259851      +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 00:03:41      Synchrony Bank/Amazon,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517259852      +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 00:03:25      Synchrony Bank/Belk,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517259853      +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 00:03:41      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517259854      +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 00:03:41      Synchrony Bank/Gap,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517259855      +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 00:03:41      Synchrony Bank/TJX,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517259856      +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 00:03:41      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517259861      +E-mail/Text: bnc-bluestem@quantum3group.com Mar 13 2018 00:00:14         Webbank/Gettington,
                 215 S State St,    Ste 1000,    Salt Lake City, UT 84111-2336
                                                                                              TOTAL: 27

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Michelle  Labayen    on behalf of Debtor Angela L Russell njchapter7@gmail.com,
               benitezgiovanna@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```