UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
Michelle Labayen
Law Office of Michelle Labayen PC
24 Commerce Street
Suite 530
Newark, NJ 07102
973-622-1584

Order Filed on March 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

In Re:
Angela Russell

Case No.: 18-10107
Judge: Hon. Rosemary Gambardella

ORDER FOR ALLOWANCE OF PRECONFIRMATION ATTORNEY FEES FOR SERVICES RENDERED PURSUANT TO 11 U.S.C 503(B)

The relief set forth on the following pages numbered (2) through two (2) is hereby

ORDERED

**DATED: March 9, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtors; Angela Russell
Case No. 18-10107
Caption: Order for Allowance of Pre-confirmation attorney's fees for services rendered Pursuant to 11 U.S.C 503(b)

**THIS MATTER**, being opened to the Court by Michelle Labayen Esq, attorney for the debtor, Angela Russell for an Order for an Allowance of Fees to the debtor's attorney and the Court having considered the Affidavit of Services and Application for Allowance and for good cause otherwise appearing:

**ORDERED** that the attorney for the debtor is hereby allowed the sum of $4000 as her fee of which $2000 has already been received by said attorney and of which the balance of $2000 shall be paid to said attorney through the debtor's plan and it is further

**ORDERED** that the monthly payments to the Chapter 13 Trustee shall not be increased based on this Order and it is further

**ORDERED**, that should this case terminate due to dismissal, Marie Ann Greenberg, Chapter 13 Trustee shall pay this amount to the movant before monies are released to the debtor.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-10107-RG
Angela L Russell                                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 1           Date Rcvd: Mar 12, 2018
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2018.
db             +Angela L Russell,    1205 A Liberty Avenue,    Hillside, NJ 07205-2050

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2018 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Marie-Ann  Greenberg     magecf@magtrustee.com
      Michelle  Labayen    on behalf of Debtor Angela L Russell njchapter7@gmail.com, benitezgiovanna@gmail.com
      Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                               TOTAL: 5