| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Toyota Lease Trust | |
| In Re:<br><br>Angela L. Russell,<br><br>Debtor. | Case No.: 18-10107 RG<br>Adv. No.:<br>Hearing Date: 2/21/18 @9:00 a.m.<br><br>Judge: Rosemary Gambardella |

**Order Filed on April 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: April 5, 2018**

*Honorable Rosemary Gambardella*
United States Bankruptcy Judge

Page 2
Debtor:        Angela L. Russell
Case No.:      18-10107 RG
Caption:       **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Lease Trust, holder of a mortgage on real property of 2014 LEXUS RX350 , VIN:2T2BK1BA3EC236892, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Michelle Labayen, Esquire, attorney for Debtor, Angela L. Rusell, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor outside of the plan no later than April 30, 2018, which is claim # 2 on the claims register. The Debtor is contractually due in the amount of $3,149.35 plus late charges in the amount of $172.99; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the trustee is not to pay the claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors reserve their right to object to Secured Creditor's proof of claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.