UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN Re:

ANGELA L. RUSSELL

Debtor.

: Chapter 13
: BK. Case No. 18-10107
: Hon. Rosemary Gambardella

## STIPULATION ADJOURNING DEBTOR'S MOTION FOR VIOLATION OF LOSS MITIGATION ORDER AND CONTEMPT OF CONFIRMATION ORDER

The parties hereby stipulate and agree that Debtor Angela L. Russell's ("Debtor's") Motion for Violation of the Loss Mitigation Order and Contempt of the Confirmation Order Pursuant to 11 U.S.C. 1303, 1325(5)(A)(aa) and (6) and 1326(a)(1)(C) Against Bayview Loan Servicing LLC ("Bayview") (the "Motion") shall be adjourned for thirty (30) days from June 6, 2018 to <u>July 6, 2018</u>, or as soon thereafter as the Court can accommodate.

Dated: May 30, 2018
Parsippany, New Jersey

DAY PITNEY LLP

By: *Rachel G. Packer*
Rachel G. Packer, Esq. (RP1590)
One Jefferson Road
Parsippany, New Jersey 07054
Tel: (212) 297-5800
Fax: (212) 416-7691
rpacker@daypitney.com

*Attorneys for Bayview Loan Servicing LLC*

LAW OFFICE OF MICHELLE LABAYEN PC

By: _____
Michelle Labayen, Esq. (ML2960)
24 Commerce Street, Suite 530
Newark, New Jersey 07102
Tel: (973) 622-1584
njchapter7@gmail.com

*Attorney for Debtor Angela L. Russell*