Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−10107−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Angela L Russell
  1205 A Liberty Avenue
  Hillside, NJ 07205

Social Security No.:
  xxx−xx−9087

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/19/18 at 09:00 AM

to consider and act upon the following:

*71* − Certification in Opposition to (related document:69 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/21/2018. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Michelle Labayen on behalf of Angela L Russell. (Attachments: # 1 Exhibit trial loan modification) (Labayen, Michelle)

Dated: 8/10/18

                                    Jeanne Naughton
                                    Clerk, U.S. Bankruptcy Court