Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−10107−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Angela L Russell
    1205 A Liberty Avenue
    Hillside, NJ 07205

Social Security No.:
    xxx−xx−9087

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/5/18 at 10:00 AM

to consider and act upon the following:

*82* − Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/16/2018. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

*84* − Motion to Approve Loan Modification with Bayview Loan Servicing, LLC Filed by Alexandra T. Garcia on behalf of BAYVIEW LOAN SERVICING, LLC. Objection deadline is 11/28/2018. (Attachments: # 1 Notice of Motion # 2 Proposed Order # 3 Exhibit # 4 Certificate of Service) (Garcia, Alexandra)

Dated: 11/19/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court