Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                         Case No.: 18−10107−RG
                                         Chapter: 13
                                         Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Angela L Russell
   1205 A Liberty Avenue
   Hillside, NJ 07205

Social Security No.:
   xxx−xx−9087

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/8/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 9, 2019
JAN: slm

                                                                     Jeanne Naughton
                                                                     Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                          Case No. 18-10107-RG
Angela L Russell                                                Chapter 13
          Debtor                CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                   Page 1 of 3                  Date Rcvd: Jan 09, 2019
                              Form ID: 148                  Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2019.
db             +Angela L Russell,    1205 A Liberty Avenue,    Hillside, NJ 07205-2050
517259818      +Alpha Recovery Corp,    6912 S Quentin St. Unit 10,    Englewood, CO 80112-4531
517259819      +As we change,    Po Box 2865,    Monroe, WI 53566-8065
517259823      +Citibank North America/Best Buy,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517259824      +Comcast,    PO Box 1577,    Newark, NJ 07101-1577
517259834      +Costco Go Anywhere Citicard,    Centralized Bk/Citicorp Credit Card Srvs,    Po Box 790040,
                 St Louis, MO 63179-0040
517366740      +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
517305422       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
517259840      +New Jersey American Water,    PO Box 371476,    Pittsburgh, PA 15250-7476
517259841      +New Jersey Gross Income Tax,    P.O Box 046,    Trenton, NJ 08646-0046
517259844      +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
517259843      +Prosper Funding LLC,    221 Main St #300,    San Francisco, CA 94105-1909
517272632      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517335708      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517259858      +Univeristy Hospital,    Po Box 3009,    Newark, NJ 07103-0009
517259859      +Velocity Investment,    P.O. Box 788,    Belmar, NJ 07719-0788
517259860      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 09 2019 23:38:17      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 09 2019 23:38:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517259820      +EDI: BANKAMER.COM Jan 10 2019 04:08:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
517259821      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 09 2019 23:38:42
                 Bayview Loan Servicing,    4425 Ponce de Leon Blvd,    5th floor,    Miami, FL 33146-1837
517259822      +EDI: CAPITALONE.COM Jan 10 2019 04:08:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517259825      +EDI: WFNNB.COM Jan 10 2019 04:08:00      Comenity Bank,    Attn: Bankruptcy,    Po Box 182125,
                 Columbus, OH 43218-2125
517259826      +EDI: WFNNB.COM Jan 10 2019 04:08:00      Comenity Bank/Express,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
517259827      +EDI: WFNNB.COM Jan 10 2019 04:08:00      Comenity Bank/Jessica London,    Po Box 182125,
                 Columbus, OH 43218-2125
517259829      +EDI: WFNNB.COM Jan 10 2019 04:08:00      Comenity Bank/Lane Bryant,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
517259830      +EDI: WFNNB.COM Jan 10 2019 04:08:00      Comenity Bank/Torrid,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
517259828      +EDI: WFNNB.COM Jan 10 2019 04:08:00      Comenity Bank/kingsi,    Po Box 182125,
                 Columbus, OH 43218-2125
517259831      +EDI: WFNNB.COM Jan 10 2019 04:08:00      Comenitybank/New York,    AttN: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
517259832      +EDI: WFNNB.COM Jan 10 2019 04:08:00      Comenitybank/venus,    Comenity Bank,    Po Box 182125,
                 Columbus, OH 43218-2125
517259833      +EDI: WFNNB.COM Jan 10 2019 04:08:00      Comenitycapital/smplyb,    Comenity Bank,
                 Po Box 182125,    Columbus, OH 43218-2125
517259835      +EDI: RCSFNBMARIN.COM Jan 10 2019 04:08:00      Credit One Bank Na,    Po Box 98873,
                 Las Vegas, NV 89193-8873
517259836      +EDI: TSYS2.COM Jan 10 2019 04:08:00      Dsnb Bloomingdales,    Attn: Bankruptcy,    Po Box 8053,
                 Mason, OH 45040-8053
517259837      +EDI: AMINFOFP.COM Jan 10 2019 04:08:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
517259838      +EDI: IRS.COM Jan 10 2019 04:08:00      Internal Revenue Service,    P.O. Box 804527,
                 Cincinnati, OH 45280-4527
517382875       EDI: RESURGENT.COM Jan 10 2019 04:08:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
517382057       EDI: RESURGENT.COM Jan 10 2019 04:08:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517307396      +EDI: MID8.COM Jan 10 2019 04:08:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN MI 48090-2011
517318133      +EDI: CBSMASON Jan 10 2019 04:08:00      Massey's,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
517259839      +EDI: CBSMASON Jan 10 2019 04:08:00      Masseys,    Po Box 2822,    Monroe, WI 53566-8022
517259842      +E-mail/Text: bnc@nordstrom.com Jan 09 2019 23:37:31      Nordstrom FSB,
                 Attn: Bankruptcy Department,    Po Box 6555,    Englewood, CO 80155-6555
```

```
District/off: 0312-2                  User: admin                    Page 2 of 3                    Date Rcvd: Jan 09, 2019
                                      Form ID: 148                   Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517319667      +EDI: JEFFERSONCAP.COM Jan 10 2019 04:08:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517375424       EDI: Q3G.COM Jan 10 2019 04:08:00      Quantum3 Group LLC as agent for,
                 Velocity Investments LLC,    PO Box 788,    Kirkland, WA 98083-0788
517375327       EDI: Q3G.COM Jan 10 2019 04:08:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
517370114       EDI: Q3G.COM Jan 10 2019 04:08:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
517375325       EDI: Q3G.COM Jan 10 2019 04:08:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
517259845      +EDI: RMSC.COM Jan 10 2019 04:08:00      Syncb Bank/American Eagle,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517259847      +EDI: RMSC.COM Jan 10 2019 04:08:00      Syncb/Lord & Taylor,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
517259848      +EDI: RMSC.COM Jan 10 2019 04:08:00      Syncb/PLCC BP,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
517259849      +EDI: RMSC.COM Jan 10 2019 04:08:00      Syncb/Toys R Us,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
517259846      +EDI: RMSC.COM Jan 10 2019 04:08:00      Syncb/ccsycc,    Po Box 96060,    Orlando, FL 32896-0001
517262187      +EDI: RMSC.COM Jan 10 2019 04:08:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517259850      +EDI: RMSC.COM Jan 10 2019 04:08:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517259851      +EDI: RMSC.COM Jan 10 2019 04:08:00      Synchrony Bank/Amazon,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517259852      +EDI: RMSC.COM Jan 10 2019 04:08:00      Synchrony Bank/Belk,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
517259853      +EDI: RMSC.COM Jan 10 2019 04:08:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517259854      +EDI: RMSC.COM Jan 10 2019 04:08:00      Synchrony Bank/Gap,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
517259855      +EDI: RMSC.COM Jan 10 2019 04:08:00      Synchrony Bank/TJX,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
517259856      +EDI: RMSC.COM Jan 10 2019 04:08:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517259857       EDI: TFSR.COM Jan 10 2019 04:08:00      Toyota Motor Credit Co,    Toyota Financial Services,
                 Po Box 8026,    Cedar Rapids, IA 52408
517259861      +EDI: BLUESTEM Jan 10 2019 04:08:00      Webbank/Gettington,    215 S State St,    Ste 1000,
                 Salt Lake City, UT 84111-2336
                                                                                              TOTAL: 44

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2019 at the address(es) listed below:
          Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2006-19CB) cwohlrab@logs.com,    njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2006-19CB) nj-ecfmail@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Jan 09, 2019
                              Form ID: 148             Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Michelle   Labayen    on behalf of Debtor Angela L Russell michelle@labayenlaw.com, benitezgiovanna@gmail.com
        Rachel G. Packer    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rpacker@daypitney.com
        Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9